Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Diana G. Ratcliff, Bar No. 228302
DRatcliff@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants,
ANGELA LEE and CATHY WEINGART

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE SIGAL, L.S., a minor. and S.S., a minor. by and through their Guardian Ad Litem,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LILIA MERIN, TASHA BEARD, DORIS LEMIEUX, PRISCILLA ASHBURN, ANGELA LEE, CATHY WEINGART, TAMARA PONCIA, BILLETE MARTIN. JAMES MARTIN, ROSA FIGUEROA-VERSAGEIS. Does 1-50<br><br>Defendants. | Case No.: 2:17-CV-04851 RGK (AGRx)<br>Assigned to the Honorable: R. Gary Klausner<br>Courtroom: Roybal, 850-8th Floor<br><br>**[~~PROPOSED~~] JUDGMENT GRANTING DEFENDANTS' ANGELA LEE AND CATHY WEINGART'S MOTION FOR SUMMARY JUDGMENT**<br><br>Trial: July 31, 2018<br>Complaint Filed: April 18, 2017 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Whereas Defendants ANGELA LEE and CATHY WEINGART filed a Motion for Summary Judgment and/or Motion for Partial Summary Judgment on all remaining claims against them alleged in Plaintiffs GENE SIGAL, L.S. and S.S.'s Complaint on June 4, 2018;

Whereas the aforementioned Motion was taken under submission ahead of the

1
**[PROPOSED] JUDGMENT GRANTING DEFENDANTS ANGELA LEE AND CATHY WEINGART'S MOTION FOR SUMMARY JUDGMENT**
Case No.: 2:17-CV-04851 RGK (AGRx)

c:\users\swilliam\appdata\local\temp\notesc7a056\p-proposed judgment re msj.docx

hearing on July 9, 2018, by the Honorable R. Gary Klausner, United States District Court Judge;

Whereas, the Court having read and considered the papers submitted both in support of and in opposition to the Motion, and based upon the papers and pleadings on file in this matter, granted Defendants' Motion for Summary Judgment in full;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants ANGELA LEE and CATHY WEINGART have judgment entered in their favor forthwith, that Plaintiffs GENE SIGAL, S.S. and L.S. take nothing, and that the action be dismissed on the merits. It is further ordered and adjudged that Defendants recover their costs.

**IT IS SO ORDERED.**

DATED: July 12, 2018

_____
HON. R. GARY KLAUSNER
United States District Court Judge

[PROPOSED] JUDGMENT GRANTING DEFENDANTS ANGELA LEE AND CATHY WEINGART'S MOTION FOR SUMMARY JUDGMENT
Case No.: 2:17-CV-04851 RGK (AGRx)

c:\users\swilliam\appdata\local\temp\notesc7a056\p-proposed judgment re msj.docx

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May ___, 2018, I served the foregoing document described as:
**[PROPOSED] JUDGMENT GRANTING DEFENDANTS ANGELA LEE AND CATHY WEINGART'S MOTION FOR SUMMARY JUDGMENT**
on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL:** I served the enclosed via e-mail transmission to each of the parties listed on the attached service list with an email address.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May ____, 2018 at Burbank, California.

                                               Tyler DeVito

3

**[PROPOSED] JUDGMENT GRANTING DEFENDANTS ANGELA LEE AND CATHY WEINGART'S MOTION FOR SUMMARY JUDGMENT**
Case No.: 2:17-CV-04851 RGK (AGRx)

c:\users\swilliam\appdata\local\temp\notesc7a056\p-proposed judgment re msj.docx

# SERVICE LIST

**RE:** <u>Sigal, Gene, et al. v. County of Los Angeles</u>

Case No.:

Robert Powell, Esq.
Powell & Associates
925 West Hedding St.
San Jose, CA. 95126
T: 408-553-0200
F: 408-553-0203
E: rpowell@rrassociates.com
**Attorney for Plaintiffs,
Gene Sigal, L.S. and S.S.**

Nigel Burns, Esq. (202576)
Brandon L. Wyman, Esq. (279171)
**THE LAW OFFICES OF NIGEL BURNS**
800 West 1st Street, Suite #401-12
Los Angeles, California 90012
Telephone: (213) 687-8080
Facsimile: (213) 687-8383
bwyman@burnsattorneys.com
**Attorneys for Defendants,
TAMARA PONCIA and BILLETE MARTIN**

Rex S. Heinke (SBN 066163)
Jessica M. Weisel (SBN 174809)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone: 310-229-1000
Facsimile: 310-229-1001
rheinke@akingump.com
jweisel@akingump.com
Attorneys for Defendant,
Rosa Figueroa-Versage

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

5

**[PROPOSED] JUDGMENT GRANTING DEFENDANTS ANGELA LEE
AND CATHY WEINGART'S MOTION FOR SUMMARY JUDGMENT**
Case No.: 2:17-CV-04851 RGK (AGRx)

c:\users\swilliam\appdata\local\temp\notesc7a056\p-proposed judgment re msj.docx